UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                            Criminal No. 15-287-WJ

KYLE MORROW,

    Defendant.

## MEMORANDUM OPINION AND ORDER DENYING DEFENDANT'S MOTION FOR RELEASE FROM CUSTODY

**THIS MATTER** comes before the Court upon Defendant's Motion for Release from Custody (Doc. 52), filed on February 14, 2022. Having reviewed the parties' pleadings and the applicable law, this Court **DENIES** the motion.

### DISCUSSION

Defendant is currently serving a sentence for possession of a matter containing visual depictions of minors engaged in sexually explicit conduct. Defendant filed a Motion for Release from Custody, stating that he has completed the sentence imposed on him by this Court of 60 months. However, Defendant seems to be mistaken about the sentence imposed. He was sentenced to a term of 120 months, and received credit for 260 days of pretrial confinement between 8/13/2014 and 4/29/2015. Doc. 46. According to United States Probation Officer Jason Beaty, Defendant is scheduled for release on September 14, 2022. Doc. 53. Defendant has not provided any further explanation as to why he should be released after only 60 months.

**IT IS THEREFORE SO ORDERED** that Defendant's Motion for Release from Custody (Doc. 52) is hereby **DENIED WITHOUT PREJUDICE**. If Defendant has some alternative basis or justification for asserting he was only required to serve a 60-month sentence, he may file another motion with any additional information.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE